O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA CR 05-210-DOC |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| JON ROBERT PERTEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I.

A.  On motion (X) (by the Government) / (  ) (by the Court <u>sua sponte</u>) involving:

1.  (  )  serious risk defendant will flee;

2.  (  )  serious risk defendant will

   a. (  )  obstruct or attempt to obstruct justice;

   b. (  )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

3.  ( X)  a violation of supervised release or probation.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  (X)    appearance of defendant as required; and/or

B.  (  )    safety of any person or the community;

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                                                                                       Page 1 of 2

|     |     |
| --- | --- |
| 1   | III. |
| 2   | The Court has considered: |
| 3   | A.  (X)    the nature and circumstances of the offense; |
| 4   | B.  (X)    the weight of evidence against the defendant; |
| 5   | C.  (X)    the history and characteristics of the defendant; |
| 6   | D.  ( )    the nature and seriousness of the danger to any person or to the community. |
| 7   | IV. |
| 8   | The Court concludes: |
| 9   | A. ( ) Defendant poses a risk to the safety of other persons or the community because: |
| 10  |     |
| 11  | B. ( ) History and characteristics indicate a serious risk that defendant will flee because: |
| 12  |     |
| 13  | C. ( ) A serious risk exists that defendant will: |
| 14  |     1. ( )   obstruct  or  attempt  to  obstruct  justice; |
| 15  |     2. ( )   threaten, injure or intimidate a witness/ juror; because: |
| 16  |     |
| 17  | D.  ( X )    Defendant has not established by clear and convincing evidence to the contrary that |
| 18  | he does not pose a risk of flight or danger to the community as provided in 18 U.S.C. |
| 19  | § 3143 (a). |
| 20  | IT IS ORDERED that defendant be detained prior to trial. |
| 21  | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections |
| 22  | facility separate from persons awaiting or serving sentences or person held pending appeal. |
| 23  | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private |
| 24  | consultation with his counsel. |
| 25  | Dated:  January 2, 2008 |
| 26  |     |
| 27  | Marc L. Goldman |
| 28  | U.S. Magistrate Judge |

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**